# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **v.** | **CIVIL ACTION NO. 3:10-CV-294-CRS** |
| **CHRIS A. WEBB** | **DEFENDANT** |

## JUDGMENT

Motion of the United States for entry of judgment (DN 29), as supplemented (DN 37), having been granted and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that **JUDGMENT** is entered in favor of the United States of America and against Relentless Holdings, LLC **in the amount of $136,290.32.**

February 14, 2023

Charles R. Simpson III, Senior Judge
United States District Court

cc:    Counsel of Record
Relentless Holdings, LLC, 13010 Dixie Highway, Louisville, KY  40272