UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:10-CV-00294-CRS

UNITED STATES OF AMERICA                                        PLAINTIFF

v.

CHRIS A. WEBB                                                          DEFENDANT

## **ORDER**

This matter is before the Court on the United States' Motion for Imposition of Surcharge (DN 46). The Court referred the Motion to the United States Magistrate Judge Colin H. Lindsay for report and recommendation (DN 47). Magistrate Judge Lindsay has filed his Report and Recommendation (DN 53), recommending that the Motion be granted and a judgment imposing the surcharge be entered. No objections thereto have been filed and the time for making objections has passed. Therefore, **IT IS ORDERED** as follows:

1. The Report and Recommendation (DN 53) of United States Magistrate Judge Colin H. Lindsay is hereby **ACCEPTED AND ADOPTED IN ITS ENTIRETY** and incorporated by reference herein, and the United States' Motion **(DN 46)** is **GRANTED**.

2. A separate judgment will be entered this date.